| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kuntz, William F. | 2. Court or Organization<br><br>Eastern District of New York | 3. Date of Report<br><br>06/22/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States District Court
225 Cadman Plaza East
6th Floor North
Brooklyn, New York 11201

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 06/22/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Department of Veterans Affairs, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 11/13/2014 - 11/13/2014 | Washington, D.C. | Panelist at Annual Lawyers Meeting | Transportation |
| 2. | Harvard Law School | 09/15/2014 - 09/19/2014 | Cambridge, Massachusetts | Teaching Trial Advocacy with Professor Charles Ogletree at the Harvard Law School | Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 06/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 06/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. comFidelity Growth & Income Retirement Fund | E | Dividend | P1 | T | | | | | |
| 2. Fidelity Cash Reserves | A | Distribution | N | T | | | | | |
| 3. Merrill Lynch High Income Fund | E | Dividend | N | T | | | | | |
| 4. Aflac Inc. | A | Dividend | K | T | | | | | |
| 5. Abbott Laboratories, Inc. | B | Dividend | K | T | | | | | |
| 6. Air Products and Chemicals Inc. | A | Dividend | K | T | | | | | |
| 7. American Express Co. | A | Dividend | L | T | | | | | |
| 8. Anglo American PLC ADR | A | Dividend | J | T | | | | | |
| 9. Anheuser-Busch Inbev Spons | A | Dividend | K | T | | | | | |
| 10. Ansys Inc. | A | Dividend | K | T | | | | | |
| 11. Apple Inc. | A | Dividend | K | T | | | | | |
| 12. Automatic Data Processing Inc. | B | Dividend | M | T | | | | | |
| 13. Avon Products Inc. | A | Dividend | K | T | | | | | |
| 14. Berkshire Hathaway Inc.Class B | A | Dividend | L | T | | | | | |
| 15. Brinker International Inc. | A | Dividend | K | T | | | | | |
| 16. Bristol Myers Squibb Co. | B | Dividend | L | T | | | | | |
| 17. Chevron Corp. | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 06/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Western Asset NY Muni Money Market Fund Cl A | A | Dividend | N | T | | | | | |
| 19. Coca-Cola Co. | A | Dividend | L | T | | | | | |
| 20. ConocoPhillips | B | Dividend | K | T | | | | | |
| 21. Walt Disney Inc. | A | Dividend | L | T | | | | | |
| 22. Dominion Resources Inc. Va New | B | Dividend | K | T | | | | | |
| 23. E I Du Pont De Nemours & Co | B | Dividend | L | T | | | | | |
| 24. Emerson Electric Co. | B | Dividend | L | T | | | | | |
| 25. Exxon Mobil Corp. | C | Dividend | M | T | | | | | |
| 26. General Electric Co. | A | Dividend | | | Sold | 07/22/14 | K | C | |
| 27. General Mills Inc. | C | Dividend | M | T | | | | | |
| 28. Glaxosmithkline PLC SP ADR | B | Dividend | | | Sold | 10/30/14 | K | E | |
| 29. Hubbell Inc. Class B | B | Dividend | L | T | | | | | |
| 30. Intel Corp | A | Dividend | J | T | | | | | |
| 31. International Business Machines Corp. | B | Dividend | L | T | | | | | |
| 32. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 33. Koninklijke Philips Electronics NS Spon ADR New | A | Dividend | J | T | | | | | |
| 34. Kraft Foods Inc. Class A | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 06/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Linear Technology Corporation | B | Dividend | L | T | | | | | |
| 36. Marsh & McLennanCos. | C | Dividend | M | T | | | | | |
| 37. Merck & Co. Inc. | B | Dividend | K | T | | | | | |
| 38. Meridian Bioscience Inc. | A | Dividend | J | T | | | | | |
| 39. Microsoft Corp. | C | Dividend | M | T | | | | | |
| 40. Moodys Corp. | A | Dividend | J | T | | | | | |
| 41. Norfolk Southern Corp. | C | Dividend | M | T | | | | | |
| 42. Pepsico Inc. | A | Dividend | J | T | | | | | |
| 43. Philip Morris Int. Inc. | C | Dividend | | | Sold | 02/24/14 | L | F | |
| 44. Piedmont Natural Gas | B | Dividend | K | T | | | | | |
| 45. Praxair Inc. | A | Dividend | K | T | | | | | |
| 46. Procter & Gamble Co. | C | Dividend | M | T | | | | | |
| 47. Royal Dutch Shell PLC ADR CL A | A | Dividend | J | T | | | | | |
| 48. Sysco Corp. | A | Dividend | K | T | | | | | |
| 49. 3M Company | B | Dividend | L | T | | | | | |
| 50. Time Warner Inc. | A | Dividend | K | T | | | | | |
| 51. Time Warner Cable Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 06/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Total S.A. Spons ADR | A | Dividend | J | T | | | | | |
| 53. US Bancorp Del | A | Dividend | J | T | | | | | |
| 54. Union Pacific Corp. | A | Dividend | K | T | | | | | |
| 55. Verizon Communications | A | Dividend | J | T | | | | | |
| 56. Vodafone Group PLC Spons | A | Dividend | | | Sold | 07/22/14 | J | | |
| 57. Wal-Mart Stores Inc. | A | Dividend | K | T | | | | | |
| 58. Weyerhauser Co. | A | Dividend | | | Sold | 07/22/14 | K | E | |
| 59. IShares MSCI Australia Index Fund | B | Dividend | K | T | | | | | |
| 60. Vanguard MSCI Emerging Markets | A | Dividend | K | T | | | | | |
| 61. Alliance Capital Growth | A | Dividend | K | T | | | | | |
| 62. Sun America Capital Appreciation | A | Interest | K | T | | | | | |
| 63. S.A. 1 year fixed no MVA | A | Interest | J | T | | | | | |
| 64. S.A. Intl Grw & Income | A | Int./Div. | K | T | | | | | |
| 65. MFS Total Return | B | Int./Div. | K | T | | | | | |
| 66. Citibank Deposit program | A | Interest | J | T | | | | | |
| 67. Ishares MSCI Emg Mkts Index Fund | B | Dividend | K | T | | | | | |
| 68. Invesco Constellation Fund Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 06/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DWS Communications Fund Class A | A | Dividend | J | T | | | | | |
| 70. Legg Mason CB Large Cap Growth | A | Dividend | J | T | | | | | |
| 71. Legg Mason Global Currents | A | Dividend | K | T | | | | | |
| 72. Putnam Voyager Fund Inc Cl. A | A | Dividend | K | T | | | | | |
| 73. Washington Mutual Investors Fund Cl . A | B | Dividend | L | T | | | | | |
| 74. Strips-Tint-US Treasury Int. 0% | A | Dividend | L | T | | | | | |
| 75. Putnam Income Fund A | A | Dividend | J | T | | | | | |
| 76. Sun Trust USLife | A | Distribution | N | T | | | | | |
| 77. Whole Life Insurance Policy AXA Equitable | E | Dividend | N | T | | | | | |
| 78. Citibank Checking Accounts transferred to the UBS Bank Deposit Account | D | Interest | M | T | | | | | |
| 79. Comcast | A | Dividend | L | T | Buy | 02/27/14 | L | | |
| 80. Express Scripts (X) | A | Dividend | J | T | | | | | |
| 81. MONDELEZ INT'L INC (X) | A | Dividend | L | T | | | | | |
| 82. Astrazeneca | A | Dividend | K | T | Buy | 10/30/14 | K | | |
| 83. CDK Global (X) | A | Dividend | J | T | | | | | |
| 84. Phillips 66 (X) | A | Dividend | J | T | | | | | |
| 85. AbbVie Inc (X) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 06/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Time Inc (X) | A | Dividend | J | T | | | | | |
| 87. AOL, Inc. | | | | | Sold | 10/12/12 | J | | |
| 88. Frontier Communications, Corp. | | | | | Sold | 10/12/12 | J | | |
| 89. CH Energy Group, Inc. | | | | | Sold | 07/08/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 06/22/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII, line 18 , Western Asset NY Muni Money Market Class A name changed from Morgan Stanley NY Municipal Money TR AA Sweep

On my 2013 report, part VII,

line 84, note that my broker moved from Morgan Stanley to UBS and the checking account which had been used to hold funds in the securities account went from being a Citibank account to being the UBS Bank USA Deposit Account APY

On my 2011 report, all Part VII:

line 1, Morgan Stanley NY Muni Money Trust AA Sweep became Western Asset NY Muni Money Market Class A

line 14, Berkshire Hathaway Inc. Class B is now on line 16

line 22, ConocoPhillips

line 36, Marsh & McLennanCos. is now on line 39

line 65, Fidelity Cash Reserves is now on line 2

Line 67, Sun Trust USLife is now on line 82

line 68, Putnam Funds was a duplicate reporting of Putnam Income Fund A on line 81

Line 40, Medico was sold on 04/02/12 and so plays no part in 2013 Reporting However, since that sale may have been inadvertently omitted from my year end 2012 filing I include it here in a super abundance of caution.

Line 8, Altria Group was sold on 01/04/12 and so plays no part in 2013 Reporting. However, since that sale may have been inadvertently omitted from my year end 2012 filing I include it here in a super abundance of caution.

In response to the sage committee letter dated June 4, 2015, the three assets that were dropped from the 2014 report are now reported on lines 87, 88, and 89 with transaction dates from previous periods. I trust you will accept this amended report to also amend the 2012 and 2013 annual reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **William F. Kuntz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544